# Exhibit 1

**EEOC charge # 540-2022-0096 (Feb. 16, 2022)**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:     Agency(ies) Charge No(s):
[ ] FEPA
[X] EEOC

Arizona Attorney General's Office, Civil Rights Division _____ and EEOC
*State or local Agency, if any*

**Name** *(indicate Mr., Ms., Mrs.)*: Adam McDorman
**Home Phone** *(Incl. Area Code)*: [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: Valley Christian Schools
**No. Employees, Members**: 15 or More
**Phone No.** *(Include Area Code)*: 480-705-8888

**Street Address**: 6900 W. Gavleston
**City, State and ZIP Code**: Chandler, AZ 85226

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11/09/2021
Latest: 11/09/2021
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

In August 2014, I began employment with Respondent in the position of Teacher.

On November 1, 2021, Principal Josh LeSage stated in a staff meeting that the staff should have the same opinion about matters of gender and sexuality, and anyone who wasn't of the same mind was like a "cancer that needed to be removed" from the organization.

On November 3, 2021, I opposed Principal Josh's discriminatory view in a department meeting and suggested that we find ways to understand and care for LGBT students.

On November 3, 2021, Principal Josh emailed leadership, referring to me: "Right now, we have a faculty member and a "central office" employee who supposedly suggested in a meeting today that we invite a pastor of a local "gay friendly church" to come and speak to our faculty to help us better understand this lifestyle and better minister to those kids we may have. Hell no! We are not doing that." In the email, Principal Josh stated: "There is a hideous lie that "you can be both," meaning a homosexual or otherwise sexually deviant and also a Christian."

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 16, 2022    *[signature]*
Date      Charging Party Signature

**NOTARY** – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

Arizona Attorney General's Office, Civil Rights Division ___ and EEOC
*State or local Agency, if any*

On November 8, 2021, I met with Principal Josh to discuss his plan to meet with a student who identifies as pansexual without informing the student's parents about the meeting. Principal Josh said that he has a problem with Christians who identify as gay or gender nonbinary. I opposed his discriminatory views.

On November 9, 2021, I was terminated from my employment.

I believe I was retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 16, 2022  *[signature]*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

# Exhibit 2

**Notice of right-to-sue for EEOC charge # 540-2022-0096 (Sept. 29, 2022)**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/29/2022

**To:** Adam S. McDorman

Charge No: 540-2022-00926

EEOC Representative and email:   Patricia Miner
Supervisory Investigator
patricia.miner@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2022-00926.

On behalf of the Commission,

Melinda Caraballo
Acting District Director