Krista S. Robinson, SBA No. 030868
ROBINSON LAW OFFICES
202 E. Earll Dr., Suite 490
Phoenix, Arizona 85012-2698
Telephone: (602) 885-2627
Fax: (602) 888-8531
E-mail: krista@robinsonlawoffices.com
*Attorney for Plaintiff Adam McDorman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Adam McDorman**, <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>**Valley Christian Schools,** an Arizona non-profit corporation, <br><br>　　　　　　Defendant. | **Case No. 2:22 CV 02180-SRB** <br><br>**JOINT REPORT REGARDING SETTLEMENT TALKS** |

Pursuant to this Court's March 24, 2023 Case Management Order, dkt. #16, and its October 31, 2023 Order, dkt. #25, Plaintiff Adam McDorman, by and through his undersigned counsel, and Defendant Valley Christian Schools, by their undersigned counsel, file this Joint Report Regarding Settlement Talks.

The parties engaged in a good faith settlement conference but determined that settlement negotiations at this stage are premature, as additional discovery is needed by both parties to facilitate more substantial settlement positions and discussion. Assistance from the Court in settlement efforts is not needed at this time.

The parties will engage in a second good faith settlement conference during the month of January 2024 after the parties have had more time to exchange additional evidence and conduct additional discovery.

Respectfully submitted this 7th day of November, 2023.

**ROBINSON LAW OFFICES**

By: */s/ Krista S. Robinson*

    Krista S. Robinson, Esq.,
    202 E. Earll Drive, Suite 490
    Phoenix, Arizona 85012-2627
    *Attorney for Plaintiff*

-and-

**RIGHI FITCH LAW GROUP**

By: s/*Joe Pishghadamian (with permission)*

    Elizabeth S. Fitch
    Joe Pishghadamian
    2999 N. 44th St., Suite 215
    Phoenix, AZ 85018
    *Attorneys for Defendant*