ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Adam McDorman**, | ) |
| Plaintiff, | ) **Case No. CV-22-2180-PHX-SRB** |
| vs. | ) **ORDER** |
| **Valley Christian Schools,** an Arizona non-profit corporation, | ) |
| Defendant. | ) |

The Court having reviewed the parties "Stipulation to Extend Deadlines Case Management Order (First Request)", dkt. # 26, and good cause appearing:

IT IS ORDERED granting the parties' Stipulation.

Fact Discovery. The deadline for completing fact discovery, including discovery by subpoena, shall be **May 6, 2024.**

Expert Disclosures and Discovery.

a. Plaintiff(s) shall provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **December 8, 2023**.

b. Defendant(s) shall provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, no later than **January 12, 2024**.

c. Rebuttal expert disclosures, if any, shall be made no later than **February 16, 2024.**

d. Expert depositions shall be completed no later than **April 26, 2024**.

e. <u>Good Faith Settlement Talks</u>. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **January 26, 2024.**

Dated this 8th day of November, 2023.

_____
Susan R. Bolton
United States District Judge