Krista S. Robinson, SBA No. 030868
ROBINSON LAW OFFICES
202 E. Earll Dr., Suite 490
Phoenix, Arizona 85012-2698
Telephone: (602) 885-2627
Fax: (602) 888-8531
E-mail: krista@robinsonlawoffices.com
*Attorney for Plaintiff Adam McDorman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Adam McDorman**, | |
| Plaintiff, | **Case No. 2:22 CV 02180-SRB** |
| vs. | |
| **Valley Christian Schools,** an Arizona non-profit corporation, | **JOINT REPORT REGARDING SETTLEMENT TALKS** |
| Defendant. | |

Pursuant to this Court's March 24, 2023 Case Management Order, dkt. #16, and its November 8, 2023 Order, dkt. #28, Plaintiff Adam McDorman, by and through his undersigned counsel, and Defendant Valley Christian Schools, by their undersigned counsel, files this Joint Report Regarding Settlement Talks.

The parties engaged in an in-person good faith settlement conference on January 19, 2024. The parties were unable to reach a settlement. Assistance from the Court in settlement efforts is not needed at this time. The parties plan to pursue private mediation in the near future.

1 Respectfully submitted this 24th day of January, 2024.

**ROBINSON LAW OFFICES**

By: */s/ Krista S. Robinson*

Krista S. Robinson, Esq.,
202 E. Earll Drive, Suite 490
Phoenix, Arizona 85012-2627
*Attorney for Plaintiff*

-and-

**RIGHI FITCH LAW GROUP**

By: s/*Elizabeth Fitch (with permission)*

Elizabeth S. Fitch
Joe Pishghadamian
2999 N. 44th St., Suite 215
Phoenix, AZ 85018
*Attorneys for Defendant*