IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**EXHIBIT 5**

| | |
|---|---|
| Adam McDorman, Plaintiff, | ) Case No. 2:22-CV-02180-CDB |
| vs. | ) |
| Valley Christian Schools, An Arizona non-profit corporation, Defendant. | ) |

DEPOSITION OF ADAM McDORMAN

VIA VIRTUAL VIDEO CONFERENCE

March 1, 2024

Prepared by:

Deborah J. Boyette, RPR
Certified Reporter
Certificate No. 50507

Magna Legal Services
866-624-6221
www.MagnaLS.com



A. Adam Steven McDorman.
Q. Mr. McDorman, have you ever been known by any other names?
A. I have not.
Q. All right. This morning, have you taken any medication or substance that would impair your ability to testify truthfully?
A. No.
Q. Did you review any documents to prepare for your testimony this morning?
A. Not this morning, I have not.
Q. Did you review any documents on any other day in order to prepare for your deposition?
A. Yes.
Q. Do you recall what those documents were?
A. We looked at --
Q. Okay. Sorry. Mr. McDorman, I don't want to know about anything that you discussed with your attorney.
Just if there were any documents that you recall looking at, just what those documents were.
If you don't remember, you don't recall, that's absolutely fine. You can just say you don't know or you don't recall.
A. I looked at the email that I received from

Kevin Allen.
I looked at portions of the employee handbook, and also my employment contract for the 2021 school year.
Q. Mr. McDorman, where do you currently live?
A. Current live in Chandler, Arizona.
Q. And where did you live back in 2021?
Were you residing in the same location?
A. Yes, I was.
Q. Prior to today, have you ever given a deposition before?
A. No.
Q. Are you married?
A. Yes.
Q. What's your wife's name?
A. Amber.
Q. How long have you been married for?
A. Eight years.
Q. Do you have any children?
A. Yes.
Q. How many kids do you have?
A. I have one biological child and one foster child.
Q. How old are your kids?
A. They're both five.

Q. Prior to the action that we're here for today, have you ever been involved in a lawsuit either as a plaintiff or defendant?
A. No.
Q. Could you provide me with your educational background?
A. Sure. I have a bachelor's degree in computer and information technology; and a bachelor's degree in secondary education, with a focus in English and language arts.
Q. Where did you obtain those degrees?
A. The technology degree I got at Purdue University, and the education degree I got at Indiana University.
Q. In addition to those degrees, are there any other degrees or certificates that you hold?
A. Not at this time, no.
Q. Back in 2021, were there any other degrees or certificates that you held that have since lapsed or expired?
A. I believe I had an ACSI certification.
It's a Christian school teacher certification.
Q. Do you remember when you first obtained that certification?
A. 2014.

Q. Approximately, how long did you hold that certification for?
A. I don't know what the expiration was on my last certification.
But from late 2014 until whenever the last one expired, sometime after 2021.
Q. Okay. Do you remember how frequently you had to renew that certification?
A. Every three years, I believe.
Q. Do you recall what the requirements were to recertify with ACSI?
A. I don't recall the requirements.
Q. Aside from ACSI, any other certifications related to teaching that you currently have or have held in the past?
A. I had a State teaching license.
Q. Do you recall, approximately, when you held that teaching license?
A. It would have been, probably, December 2021.
And before that, I had it for a while in 2013.
Q. Do you have that license now, or is that expired?
A. I believe it's expired.
Q. Presently, are you employed?
A. Yes.



Q. Did you undergo any type of orientation; for example, shadow any teachers when you were first hired?
A. We did have an orientation and, for the new teachers, it was a little bit extended just to go over normal HR things.
In the first year, we had, kind of, a mentor kind of program.
Q. While you were employed at Valley Christian, was there any sort of ongoing training that you went through during the course of your employment?
A. We had occasional professional development sessions where we would talk about teaching strategies and things of that nature.
Q. Did you first obtain your ACSI Certification when you started at Valley Christian?
A. I did.
Q. You didn't hold it before that?
A. No.
Q. I may have just asked you this, but did you have to complete continuing education credits to maintain that certification?
A. Yes, I did.
Q. Do you recall what type of continuing education you had to complete?
A. I took a couple -- listened to a couple of,

like, programs that -- they were, basically, like a sermon series that I would listen to for some continuing education credits.
Q. Do you recall if the continuing education credits had to be religious based, or if there was a secular component?
A. I think a certain number of them could be strictly like education focused, but I think a certain part of it had to be Christian specific.
Q. During your time at Valley Christian, did you undergo annual or regular evaluations in your position?
A. Yes. Yearly evaluations, yes.
Q. And who conducted those evaluations?
A. Paul Shanagher.
Q. Who is Paul?
A. Paul, when I began, was vice principal.
And then he took on a more, like, full-time, like, dean of education, I think, might have been the title.
He was just focused on the educational components and training teachers.
Q. When you underwent those yearly evaluations, what did they look like?
Was that a sit-down meeting?
Was that, sort of, a report card that you got?

A. Yes.
He would come in and observe us. There would be a formal announced observation, and he would also drop in from time to time throughout the year.
And he had a rubric that he would score us on.
And then we would have a sit-down conversation after that to go over the metrics.
Q. Speaking generally, during your time at Valley Christian, what was the sort of tone of your evaluations?
Did you feel they were generally positive? Neutral?
A. They were very positive.
There was always a few things to work on, continuing to hone your craft.
But they were always very positive in tone.
Q. Did you ever find that you had a negative evaluation during your time at Valley Christian?
A. No, I never had a negative evaluation.
Q. At any point during your time at Valley Christian, did you have any sort of disciplinary history or disciplinary action taken against you?
A. Just one time.
Q. Do you recall, approximately, when that was?
A. March 2018, I think.

Q. Just briefly, do you recall what the nature of that incident or disciplinary action was?
A. Yeah. I retweeted a meme that someone had made of me on Twitter.
And there was some foul language in this meme, and they didn't like that.
Q. I assume that was on a personal account?
A. It was, yes.
Q. Do you know how Valley Christian became aware of it?
A. I don't.
Q. Besides a conversation about that meme, was there any other action taken?
A. I believe I had a short suspension.
Q. Besides that March 2018 incident, any other disciplinary action or history while at Valley Christian?
A. No.
Q. You were a salaried employee, correct?
A. Correct.
Q. Do you recall your salary at the time of your hire?
A. I think it -- I don't remember the exact number, but I think it was in the mid to upper $30s, around $37,000.



that would come back to administration.
BY MS. WALKUP:
Q. When your novels or texts were approved, who would did that approving?
A. Well, Drew Streeter would approve the novels.
He didn't look at the shorter works that I used throughout the year.
Q. While you were at Valley Christian, was there any requirement for you to integrate theological lessons into your lesson plans?
A. We were required to do biblical integration as a part of our lesson planning.
So the instruction was to meaningfully connect the learning in the classroom to biblical principles.
Q. Who gave that direction to "meaningfully connect" biblical lessons into your lesson plans?
A. That would have come from administration.
I believe, it was part of the contract in the handbook.
It was spoken of frequently enough that you could not know that you were supposed to do that.
Q. How often were you integrating biblical teaching into your lesson plan?
A. The way I approached biblical integration in my

class was to use this biblical metanarrative as a lens through which to view all of our readings and class discussions.
So it was less -- for my class, it was less specific verses. I didn't often use very specific passages.
But did use the biblical metanarrative as a foundational component of the entire course.
Q. So is it fair to say there was a biblical aspect to your lessons every lesson? A couple times a week?
How frequently?
A. It's hard to quantify because I laid my class out as like a series of, kind of, weekly modules.
And the biblical metanarrative was a part of a weekly writing, and was a part of our weekly Socratic discussions.
Q. If I'm understanding, sort of, your perspective, is it fair to say that the biblical integrations were, sort of, inextricably linked to your lesson plan?
MS. ROBINSON: Objection.
THE WITNESS: Yeah, yeah.
I think -- I mean, you could have found a way to do it without if we would have used a different

critical lens.
But I used the biblical metanarrative as a critical lens, so I would have had to do my class differently.
BY MS. WALKUP:
Q. All right. So then as to your class in particular, it wouldn't be possible to say that -- what percentage of the class is spent on secular material and a certain percentage was spent on religious or biblical material?
A. No, I don't think you could quantify that.
Q. Now, was there a requirement for daily devotions in your classes?
A. Yes, I believe we had -- I don't know if it was daily or weekly.
I believe, we had daily. Yeah, four days a week.
Q. All right. And I'm sorry. You had said you were teaching AP literature.
Was there just one section of that class, or did you teach multiple sections of that class?
A. So in my final year, I taught a few sections of AP literature and still a few sections of American literature.
Q. Do you recall, in your final year, how many

classes you were teaching in total?
A. Six.
I believe, yearbook would have been one of those my last year.
Q. All right. Now, as to the daily devotions and, you say, four days a week.
Would that be four days a week in each one of those classes?
A. No.
So it would have been the second period class each day, except for whatever day we had chapel on.
And we would go to -- the schedule would be different when we would go to chapel.
Q. All right. What did the daily devotions entail?
A. Those were left up to teacher discretion.
Q. Could you give me an example of what those devotions looked like in your second period class?
A. Yeah. Usually, I would read a segment of the devotional book that I had.
I think, most of the time, I used The Mockingbird Devotional.
Q. You would read a section.
Would there be any discussion about it?
A. I would always open it up for questions or



thoughts after that.
Usually, the students were pretty shy about engaging with that.
Q. About how long did these devotionals run, on average?
A. We had 10 extra minutes built into the schedule in the second period class.
Q. What was the length of class periods, in general, except for the day with the extra 10 minutes?
A. It changed throughout the years. We tried a couple of different schedules.
Usually, it was 40, 50 minutes.
Q. Aside from the devotionals, did you ever pray with your students?
A. We had corporate prayer during chapel.
And there would be occasions where faculty would come down and pray with students.
I didn't do a lot of one-on-one prayer with students. Occasionally, but not super often.
Q. The few occasions that you did pray with students, was that an in-class event, or was that something that happened out of class on an individual basis, in a group setting?
A. You know, I don't recall a lot of specific incidences.

But they would have been outside of the normal class time.
Q. And you mentioned the weekly chapel services. That was a once-a-week occurrence?
A. Yes.
Q. Was that once a week for the entire duration of your tenure at Valley Christian?
A. Yeah.
Q. Was it a specific day of the week?
A. Wednesday.
Q. Approximately, how long was that chapel service?
A. I want to say it was an hour. Maybe a little more.
Q. What did the chapel service entail?
A. We would, usually, sing a couple of songs together.
And then someone would come up and do a sermon.
And then we would always end by singing the doxology before we were dismissed.
Q. Is that service something that all faculty and student would attend?
A. Yes.
Q. Was there any requirement for you to

participate in that chapel service?
A. Everybody was supposed to be there.
But I didn't have to speak. I wasn't required to speak.
Q. Did you ever lead the service or give a sermon?
A. No.
Q. Were you ever required to lead the songs?
A. Never required to lead the songs.
But I did help play with the team -- the worship team a few times.
Q. Did you play a musical instrument?
A. Yes.
Q. What did you play?
A. I played bass guitar.
Q. How often did you play in that band?
Was it every week?
A. No.
Maybe, once a year, on a special occasion.
Most of it was student led; at least, that part of it was.
Q. Did you ever discuss the sermon or the service with your students?
A. Yeah.
Q. In what sort of context would you discuss the

sermon or the service with them?
As a teacher, or as, sort of, a friendly ear?
A. That's a good question.
I mean, probably, a little bit of both.
I tried not to dictate how my students interpreted those things.
But I liked to ask them questions just to get their feedback and hear what they thought.
Q. So is it fair to say that discussion -- discussing the service or sermon with your students, you would act more as a facilitator than a participant?
A. Yeah. Yeah, mostly.
Q. Are those sorts of discussions something that would take place during class time or outside of class?
A. It was mostly outside of class time.
But, I mean, the class period directly after chapel, it may come up, and we'd talk about it as we were, kind of, getting into the work for the day.
Q. During your time at Valley Christian, was there a requirement for you to participate in the emmaus groups?
A. We did have those for a couple of years, yes, early on in my time there.
Q. Do you remember, approximately, the time frame that you had the emmaus group?



Page 34

A. No, I don't recall specifically.
Q. What is an emmaus group?
A. My understanding was that it was, kind of, a small group setting where teachers could act more in, kind of, a mentor role with students.
And, maybe, like have some structure time provided by the school to discuss biblical matters or anything that might be on the students' minds.
Q. When did those groups take place?
A. It was its own space of time.
I think, they might have been once a week, but I don't recall the specifics.
Q. During that group time, who would lead the topics?
A. So, usually, we would be provided with some materials from the Bible department that we could bring up and the students could discuss.
Q. So is it fair to say your role in those groups was to be a mentor or a facilitator of the discussions?
A. I would say so.
Q. And you mentioned that went on for a few years.
Was that the time that you participated in it, or did they do away with those groups?
A. They did away with them.
I think, they were not very successful.

Page 35

Q. Do you recall, approximately, how many students you would have in an emmaus group?
A. Maybe, around a dozen; 12 to, maybe, a few more.
Q. You mentioned that the Bible department would provide you with materials.
Were the discussions in those groups always religious based?
A. To my knowledge, yes.
Q. Now, you mentioned earlier that during the school year, that there would be some professional development or in-service trainings.
How frequently during the school year would you participate in those sorts of activities?
MS. ROBINSON: Objection, form.
THE WITNESS: We had orderly teacher in-service time that we would usually do some kind of professional development.
BY MS. WALKUP:
Q. Would it be more than once a year?
A. Yeah.
Usually, four times, once a quarter.
Q. Who's responsible for leading those in-service trainings?
A. That differed from time to time.

Page 36

I believe, Paul Shanagher was the one who oversaw all of that.
He might bring in someone from a teaching college, a guest speaker.
Sometimes, a department would come up and present something.
Sometimes, we'd do more collaborative teacher work.
Q. All right. Speaking generally, would you say that those in-service trainings were mostly secular based, or had a religious component?
A. They would have been mostly nonspiritual teacher focused things.
Q. Do you recall if you ever had any professional development or in-service training on implementing the Bible in your classes?
A. I believe, we did have an in-service about biblical integration, at least, once or twice during my time at Valley.
Q. During your time at Valley, was there a requirement for you to attend faculty devotions?
A. We did have those as a part of our, kind of, Monday morning huddle meeting before school.
Q. Were those the same types of things you had had with your students during second period?

Page 37

A. More or less.
I mean, they could vary from time to time.
When my time at Valley ended, we were often having guest speakers from local churches come in and speak.
That was happening in my last year or two. It was happening every week.
Q. Who participated in those faculty devotions?
A. All the faculty were supposed to be there.
Q. Did administration participate in those?
A. Yes.
Q. And about how long were those faculty devotions?
A. Maybe, 50 minutes.
Q. 50 or 15?
A. 50, five-zero.
Q. And did those take place before school?
A. During the last part of my time there, yes.
But when I started, we had a different schedule configuration, and it happened after school on Wednesdays.
Q. And you mentioned, towards the end of your time there, they were bringing in guest speakers.
What sorts of things would the speakers address?



Page 38

A. It could be a wide range of things from, you know, kind of, general encouragement to, maybe, a more specific message, you know, basic, sermon material.

The same sort of thing you might hear at a Sunday church service, just shorter. They would speak for, maybe, 10 or 15 minutes.

Q. Now, aside from your teaching duties, were there other extracurricular activities that you participated in at the school?

A. Not really, no.

Q. You've mentioned that you participated in yearbook.

Was that a class?

A. Yes, that was a class period.

Q. Okay. And what did you teach during yearbook?

A. So that was more project focused, where I would assign students pages or topics.

I would do a little bit of teaching about, kind of, very basic journalism and some basic photography.

But I don't really have training in neither of those two things.

Q. And was that the class that assembled the yearbook at the end of the year?

A. Yes.

Q. Was that a class you volunteered for or a class

Page 39

that was assigned to you?

A. Yeah, I volunteered for it.

Q. And aside from that class, did you coach any sports or oversee any clubs during your time at Valley Christian?

A. I didn't coach any sports, but I occasionally would -- some students would gather semi-formally to play board games in my classroom after school.

Now that I think about it, I did participate in a culture club as well -- a culture group, toward the end of my time at Valley.

Q. Was that a more, sort of, formal club at the school?

A. That was formal, yeah.

Q. Would that take place during school hours or after school?

A. Yes.

So they would occasionally -- like, the student leaders of the group would meet after school, and they would have, I think, maybe, a monthly or weekly, kind of, gathering during lunchtime.

Q. To the best of your recollection, were there any sort of guidelines and requirements implemented by the school regarding clubs and what went on during those meetings?

Page 40

A. Not that I recall.

My role in the group wasn't -- I wasn't a lead sponsor or anything.

I just, kind of, helped out whenever I could.

MS. WALKUP: Do you guys mind if we take a quick bathroom break?

MS. ROBINSON: Yes, sounds good.

MS. WALKUP: All right. Say like five minutes? It's 11:11 on my clock. Do you want to come back at 11:20?

MS. ROBINSON: Sure, that works for us.

MS. WALKUP: Perfect, awesome.

(Brief recess.)

THE WITNESS: Can I clarify a couple of things, just to make sure?

MS. WALKUP: For sure.

THE WITNESS: The emmaus groups, those groups only happened, I think, for one school year, if I recall. It wasn't a thing that we did for my entire time at Valley.

And the faculty meetings, just to make sure I say that right, the entire faculty meeting would be 50 minutes either before or after school, depending on the schedule. And within that 50 minutes, we would have a short 10-to-15-minute devotion.

Page 41

BY MS. WALKUP:

Q. Great. Thank you for clarifying that.

For the emmaus group, was there any other small group mentoring, or anything similar to the emmaus group that took its place or preceded it?

A. Not that I recall.

I don't think we had any more, kind of, structured events like that after that.

Q. Now, when did you first meet Victoria Brandon?

A. I think it would have been during her sophomore year of high school.

Q. Do you recall what school year that was?

Was that the 2021-22 school year?

A. No. She was a senior that year.

So it would have been the 2019-2020 school year.

Q. Was Victoria in your class?

A. Not at the time.

Q. Did you ever have Victoria in your class?

A. In her senior year.

I think, she might have been in my class her junior year as well.

Q. Do you recall what classes that you had her for?

A. If she was in her junior year, it would have



read it?
A. I recognize most of it -- parts of it.
Q. What do you recognize those parts to be?
A. The part where it talks about marriage between a man and a woman.
I remember having seen this language before.
Q. Do you recognize this paragraph to be part of Valley Christian's mission statement?
A. Yeah, it currently is.
Q. Do you believe that this mission statement has -- was changed at any point during your tenure?
A. I don't recall.
I think -- I believe that some specificity around this issue has -- they've been more specific than they were when I started.
Q. Is it your belief that the views that were espoused by Josh LeSage in your November 8th meeting aligned with this paragraph that you've just reviewed?
A. Yes.
Q. Would you say that this aligns with the views that you've expressed?
A. No, it doesn't align with the views that I expressed.
MS. WALKUP: Debbie, I'm going to mark this as Exhibit 1.

(Exhibit No. 1 was marked.)
BY MS. WALKUP:
Q. Now I'm going to bring your attention to another document. This is a 90-page document.
I can scroll through if you -- actually, I can give you control if you want to scroll through and take a look and then let me know if you recognize that document.
You should have control of the screen now if you want to scroll.
A. I recognize this document.
Q. What do you recognize the document to be?
A. That is the employee handbook.
Q. All right. Now, this is Page 12 of the document.
It outlines some personal or spiritual qualifications for employees at Valley Christian.
Do you see where it says that?
A. Yes, I do.
Q. And now I'm going to direct you down to No. 3 and let you go ahead and read that to yourself, and let me know when you're all set.
A. Yes.
Q. And, now, do you believe that during your time at Valley Christian that you did accept Valley

Christian's statement of its faith?
MS. ROBINSON: Objection, form.
THE WITNESS: I did agree to abide by their statement of faith.
MS. WALKUP: Debbie, I'm going to mark this as Exhibit 2, just Page 12, not the entire 90-page document.
(Exhibit No. 2 was marked.)
MS. WALKUP: For the record, I am going to mark the entirety of Exhibit 1, all six pages, as an exhibit.
BY MS. WALKUP:
Q. Mr. McDorman, I'm almost to the end. So thank you for bearing with me throughout the two hours that I've been torturing you.
After you left Valley Christian, about a week or so after your termination, you never went back after that, correct?
A. Correct.
Q. During that week or so after you were terminated, or the first few weeks after your termination, sort of, emotionally, how were you doing during that time?
A. I was devastated.
My job meant a lot to me. Caring for my

students meant a lot to me.
Being able to provide for my family meant a lot to me.
And that disappeared so quickly, and sent shock waves through my entire life.
I was not doing well for that week and after for a long time.
Q. When you say that you weren't doing well, could you give examples or describe to me more what it was that you were experiencing?
A. I barely slept. Ate very little. Less interested in doing any of the stuff that I normally liked.
I just spent a lot of time thinking about what had happened.
Really, the only thing that helped me get through that was the support of my wife and students who reached out.
Q. Do you remember, approximately, how many students reached out to you?
A. I think I was just in too anxious of a state to keep track of that.
I was under extreme anxiety.
It was numerous.
Like I said earlier, I made it a point not to

