# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam McDorman, | )<br>) |
| Plaintiff, | ) Case No. CV-22-02180-PHX-SRB<br>) |
| vs. | ) ORDER<br>) |
| Valley Christian Schools, an Arizona non-profit corporation, | )<br>)<br>) |
| Defendant. | )<br>) |

The Court has reviewed and considered the Stipulation For 45 Day Extensions For (1) Discovery Deadline, And (2) Response To Defendant's Motion For Summary Judgment.

IT IS ORDERED granting the Stipulation For 45 Day Extensions For (1) Discovery Deadline, And (2) Response To Defendant's Motion For Summary Judgment. (Doc. 44)

IT IS FURTHER ORDERED extending the following deadlines:

1. Extending the fact discovery deadline a period of 45 days from May 6, 2024 until June 20, 2024.

///

///

///

2. Extending the deadline for the Plaintiff's Responses to the Defendant's Motion for Summary Judgment (Docs. 39 & 40) for a period of 45 days, from May 12, 2024 until June 26, 2024.

Dated this 22nd day of April, 2024.

_____
Susan R. Bolton
United States District Judge